# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-00012-RSH-1 |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS INFORMATION AS TO JOEL KOWALSKI** |
| JOEL KOWALSKI, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed as to Joel Kowalski, without prejudice.

**IT IS SO ORDERED**.

DATED:    1/31/25

*Robert S. Huie*

HONORABLE ROBERT S. HUIE
United States District Judge